JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
BLAKE D. STAMm (CTBA 301887)
Assistant United States Attorney
9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7063

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA and AVA POINTER, Revenue Officer, | ) ) ) | NO. 10-1749 SC |
|---|---|---|
| Petitioners, | ) ) | |
| v. | ) ) | NOTICE OF DISMISSAL |
| RODERICK G. KARGANILLA, | ) ) ) | |
| Respondent. | ) ) | |

COMES NOW the petitioner United States of America, by its undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and submits this Notice of Dismissal for the reason that Roderick G. Karganilla has not served an answer and has now complied with the summons.

JOSEPH RUSSONIELLO
United States Attorney

/s/ Blake D. Stamm
BLAKE D. STAMM
Assistant United States Attorney
Tax Division

IT IS SO ORDERED
Judge Samuel Conti